# Exhibit D



111 Cooperative Way, Suite 100
Georgetown, Texas 78626
Phone: 512.869.1542
Fax: 512.863.0405
www.georgetownrail.com

Tetra Tech EBA Inc.
Attn: J. Paul Ruffell
14940 – 123 Avenue
Edmonton, Alberta
T5V 1B4

December 29, 2014

Mr. Ruffell,

Georgetown Rail Equipment Company ("GREX") is a leading provider of safe and innovative technologies in the North American railway market. GREX recently discovered that Rail Radar Inc. ("Rail Radar") is offering to sell its Automated 3D Tie and Ballast Inspection System ("3D Inspection System"). GREX believes that Rail Radar's 3D Inspection System is closely related to the inventions claimed in several of GREX's patents. Therefore, on December 5, 2014, GREX wrote the enclosed letter to Rail Radar's founder, Mr. Tom Keogh, concerning Rail Radar's 3D Inspection System.

During our investigation of the 3D Inspection System, we discovered the enclosed biography from Mr. Keogh's LinkedIn page wherein Mr. Keogh represents that "Rail Radar's main assets were recently sold to Tetra Tech EBA." To date, we have been unable to find any documents to substantiate Mr. Keogh's claim. The purpose of this writing is to request your assistance in clarifying whether Tetra Tech EBA it or any of its affiliates purchased assets from Rail Radar Inc., including one or more of Rail Radar's 3D Inspection Systems.

To the extent that Tetra Tech EBA acquired one or more 3D Inspection Systems or the rights to make, use, sell, or offer such systems for sale, we would like to discuss that system in light of the patents listed in the enclosed letter to Rail Radar. If Tetra Tech EBA has not acquired assets from Rail Radar, we would like to know that as well.

I would appreciate it if you would contact me by December 19, 2014 to discuss Tetra Tech EBA's involvement (if any) with Rail Radar, Inc. or Rail Radar's 3D Inspection System. Thank you for your prompt attention to this matter.

Sincerely,

William C. Shell
President & CEO

Enclosures

99997.862/4813-8977-7953.1

GREX_658158