# Exhibit E



January 12, 2015                                                                    FILE: E921

Georgetown Rail Equipment Company
111 Cooperative Way, Suite 100
Georgetown, TX 78626
USA

**Attention:**     William C. Shell, President & CEO

Dear Mr. Shell,

**Subject:**     Recent Correspondence Regarding Rail Radar Inc.

Thank you for contacting Tetra Tech EBA Inc. Your letter of December 29, 2014, pertaining to Rail Radar Inc. has been forwarded to us for consideration and response. We will look into the matters raised in your letter at our earliest opportunity and provide an appropriate response as soon as we have gathered all necessary information. In the meantime, please feel free to contact us with any additional questions or concerns you may have.

Sincerely,
Tetra Tech EBA Inc.

Bernie Teufele, P.Eng.
President
Direct Line: 780.451.2130 x305
Bernie.Teufele@tetratech.com

/kdb

CONSULTING ENGINEERS & SCIENTISTS · www.eba.ca

Tetra Tech EBA Inc.
14940 - 123 Avenue
Edmonton, AB  T5V 1B4  CANADA
Tel 780.451.2121  Fax 780.454.5688

GREX_658159